# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | Civil Action No. |
| *Reliable Pharmacy, et al. v. Actavis Holdco US, Inc. (IRP OA II)* | 19-cv-06044 |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00231 |

## DEFENDANTS AMNEAL PHARMACEUTICALS, INC.'S AND AMNEAL PHARMACEUTICALS LLC'S MOTION TO DISMISS PLAINTIFFS' RANITIDINE CLAIMS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC ("Amneal") respectfully move this Court to dismiss Plaintiffs' claims against Amneal with regard to Ranitidine in the above referenced action.

DATED: May 5, 2025

*/s/ Robin P. Sumner*

Robin P. Sumner
Michael J. Hartman
Melissa O'Donnell
TROUTMAN PEPPER
LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

Dated: May 5, 2025                                                         /s/ Robin P. Sumner
                                                                                            Robin P. Sumner