# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *SOUTHWEST AIRLINES CO. V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:25-CV-02951 |
| *WALMART INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:25-CV-01383 |
| *AMERICAN AIRLINES, INC., ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:24-CV-01430 |
| *PROVIDENCE ST. JOSEPH HEALTH, ET AL., V. ACTAVIS HOLDCO US, INC., ET AL.* | 5:23-CV-03636 |
| *COUNTY OF WESTCHESTER, ET AL., V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:21-CV-04474 |
| *COUNTY OF ALBANY, ET AL., V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:21-CV-01875 |
| *UNITED HEALTHCARE SERVICES, INC. V. SANDOZ, INC., ET AL.* | 2:20-CV-06557 |
| *RELIABLE PHARMACY, ET AL., V. ACTAVIS HOLDCO U.S. INC., ET AL.* | 2:20-CV-06291 |
| *HUMANA INC. V. ACTAVIS ELIZABETH LLC, ET AL.* | 2:20-CV-06303 |
| *CVS PHARMACY, INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:20-CV-06310 |
| *WINN-DIXIE STORES, INC., ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:20-CV-06290 |
| *WALGREEN COMPANY V. ACTAVIS HOLDCO U.S. INC., ET AL.* | 2:20-CV-06258 |

| | |
|---|---|
| *COUNTY OF SUFFOLK V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:20-CV-04893 |
| *J M SMITH CORPORATION V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:20-CV-04370 |
| *RITE AID CORPORATION, ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:20-CV-03367 |
| *CIGNA CORP. V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:20-CV-02711 |
| *HARRIS COUNTY, TEXAS V. TEVA PHARMACEUTICALS USA, INC., ET AL.* | 2:20-CV-02296 |
| *CESAR CASTILLO, INC., ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:20-CV-00721 |
| *MOLINA HEALTHCARE, INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:20-CV-00695 |
| *MSP RECOVERY CLAIMS, SERIES LLC, ET AL., V. ACTAVIS ELIZABETH LLC, ET AL.* | 2:20-CV-00231 |
| *COUNTY OF NASSAU, ET AL., V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:20-CV-00065 |
| *RELIABLE PHARMACY, ET AL., V. ACTAVIS HOLDCO US, INC., ET AL.* | 2:19-CV-06044 |
| *1199SEIU NATIONAL BENEFIT FUND, ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:19-CV-06011 |
| *HEALTH CARE SERVICE CORP. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:19-CV-05819 |
| *UNITED HEALTHCARE SERVICES, INC. V. TEVA PHARMACEUTICALS USA, INC., ET AL.* | 2:19-CV-05042 |
| *HUMANA INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:19-CV-04862 |
| *UNITED HEALTHCARE SERVICES, INC. V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:19-CV-00629 |
| *HUMANA INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 2:18-CV-03299 |

| | |
|---|---|
| *THE KROGER CO., ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:18-CV-00284 |
| *WEST VAL PHARMACY, ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 2:17-CV-03812 |
| *KPH HEALTHCARE SERVICES, INC. V. DR. REDDY'S LABORATORIES, INC., ET AL.* | 2:17-CV-02551 |
| *KPH HEALTHCARE SERVICES, INC. V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:17-CV-02477 |
| *LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, ET AL., V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:17-CV-01883 |
| *SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND, ET AL., V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:17-CV-01753 |
| *FWK HOLDINGS, L.L.C. V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:17-CV-01662 |
| *CESAR CASTILLO, INC. V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:17-CV-01670 |
| *CESAR CASTILLO, INC. V. DR. REDDY'S LABORATORIES INC., ET AL.* | 2:16-CV-06685 |
| *ROCHESTER DRUG CO-OPERATIVE, INC. V. FOUGERA PHARMACEUTICALS, INC., ET AL.* | 2:16-CV-06644 |
| *FWK HOLDINGS, L.L.C. V. DR. REDDY'S LABORATORIES INC., ET AL.* | 2:16-CV-06633 |
| *IN RE: DIVALPROEX ER CASES (DIRECT PURCHASER)* | 2:16-DV-27241 |
| *IN RE: CLOBETASOL CASES (INDIRECT RESELLER)* | 2:16-CB-27243 |
| *IN RE: CLOBETASOL CASES (END-PAYER)* | 2:16-CB-27242 |
| *IN RE: CLOBETASOL CASES (DIRECT PURCHASER)* | 2:16-CB-27241 |

## NOTICE OF SUGGESTION OF BANKRUPTCY
## AND AUTOMATIC STAY OF PROCEEDINGS

**RE: Filing of Chapter 7 Bankruptcy Proceeding by Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.**

**TO THE CLERK OF COURT AND HON. CYNTHIA M. RUFE:**

**PLEASE TAKE NOTICE** that Wockhardt USA LLC (f/k/a Wockhardt USA Inc.) and Morton Grove Pharmaceuticals, Inc. ("WUSA/MGP" or the "Debtors"), defendants in the above referenced matter, filed a voluntary petition pursuant to chapter 7 of the United States Bankruptcy Code on July 11, 2025 in the United States Bankruptcy Court for the District of New Jersey, Case Nos. 25-17287-SLM and 25-17288-SLM.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362, all litigation involving WUSA/MGP is stayed, and an injunction is placed into effect which automatically stays, among other things, the commencement or continuation of any judicial, administrative or other action or proceeding against WUSA/MGP, as Debtors, that was or could have been commenced before the filing of the petition, and/or any act to obtain possession of or exercise control over property or assets of WUSA/MGP, as Debtors.

Should you have any questions, please do not hesitate to contact the undersigned or WUSA/MGP's bankruptcy counsel, Morris S. Bauer (973-424-2037) of Duane Morris LLP.

Dated: July 11, 2025

                                         Respectfully submitted,

        **KELLEY DRYE & WARREN LLP**

        */s/ Clifford E. Katz*
        Clifford E. Katz
        Damon Suden
        Aaron J. Gold
        3 World Trade Center
        175 Greenwich Street
        New York, NY 10007
        Tel: (212) 808-7800
        ckatz@kelleydrye.com
        dsuden@kelleydrye.com
        agold@kelleydrye.com

        *Counsel for Defendants Wockhardt USA LLC*
        *and Morton Grove Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

     I, Clifford Katz, hereby certify that on July 11, 2025, I electronically filed the foregoing **NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will provide automatic notification to all counsel of record.

                                                              By:  */s/ Clifford Katz*
                                                                                Clifford Katz